IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| MELISSA A. GONZALEZ, et al. | ) |
| PLAINTIFFS | ) Civil Action No. 1:22cv-00091-GNS |
| vs. | ) Chief Judge Greg N. Stivers |
| UNITED STATES OF AMERICA | ) |
| DEFENDANT | ) |

**AGREED ORDER AMENDING SCHEDULING ORDER**

The parties being in agreement and having submitted a Joint Motion to Amend the Scheduling Order, and the Court having reviewed same does HEREBY ORDER AND ADJUDGE AS FOLLOWS:

**1)** Section (2) of the December 20, 2024 Scheduling Order is Amended as Follows:

**No later than December 14, 2026**, the parties shall complete all pretrial fact discovery.

**2)** Section (4) of the December 20, 2024 Scheduling Order is Amended as Follows:

**No later than August 14, 2026**, counsel for the Plaintiffs shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A). The parties will endeavor to disclose experts as stated in this paragraph and the following paragraph. If the parties cannot, however, meet the deadlines stated herein, the parties may seek permission to further amend the expert deadlines or enter an agreement regarding the supplementation of initial disclosures.

**3)** Section (5) of the December 20, 2024 Scheduling Order is Amended as Follows:

**No later than October 14, 2026**, counsel for the Defendant shall disclose the identity of any person who may be used at trial to provide expert testimony under

Fed. R. Civ. P. 26(a)(2)(A). As stated above, the parties will endeavor to disclose experts as stated in this paragraph and the above paragraph. If the parties cannot, however, meet the deadlines stated herein, the parties may seek permission to further amend the expert deadlines or enter an agreement regarding the supplementation of initial disclosures.

**4)** Section (6) of the December 20, 2024 Scheduling Order is Amended as Follows:

The discovery depositions of all expert witnesses shall be completed **no later than December 14, 2026.**

**5)** All other compatible provisions of the October 31, 2023 scheduling order as revised by the December 20, 2024 order shall remain in place and are incorporated fully herein.

H. Brent Brennenstuhl

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

February 27, 2026

HAVING SEEN AND AGREED:

*/s/ William F. Campbell*
William F. Campbell KY Bar No. 82386
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-6993
bill.campbell@usdoj.gov

*/s/ Amanda L. Hartley*
Amanda L. Hartley, Ky. Bar No. 91535
Counsel for Plaintiffs
138 S. 3rd St.
Louisville, KY 40202
(502) 589-2822
ahartley01@gmail.com